# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA PASTRANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 5:18-cv-00659-AB (MRWx)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(1)(A)(ii)]**<br><br>Action Filed:     April 2, 2018 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** based on the stipulation by and between Plaintiff, ELSA PASTRANO ("Plaintiff") and Defendant, DITECH FINANCIAL, LLC ("Ditech") by and through their respective counsel of record:

///

///

///

///

**IT IS HEREBY ORDERED THAT:**

Plaintiff's First Amended Complaint, including all claims and all causes of action therein, be and hereby is dismissed with prejudice as to Ditech pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Further, the parties shall each bear their own costs and attorneys' fees accordingly.

**IT IS HEREBY FURTHER ORDERED THAT:**

The Court shall retain jurisdiction over the action for the purpose of entering any orders pertaining to enforcement of the Settlement Agreement executed by the Parties.

All dates are vacated.

**IT IS SO ORDERED.**

DATED: February 26, 2019      By: _____
                                    District Court Judge